

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00399-CV

**IN RE HUGHES APACHE RANCH, LP**, Hughes Apache Ranch Management, LLC, and William Gorden Hughes

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Delivered and Filed: May 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relators, Hughes Apache Ranch, L.P., Hughes Apache Ranch Management, L.L.C., and William Gorden Hughes filed a petition for writ of mandamus and emergency motion for temporary relief on May 14, 2026. Having considered the petition, motion, and accompanying record, this court has determined that relators have not established that they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-04153, styled *Iris Contreras v. Hughes Apache Ranch, LP, et al*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.